PROB 12B
(7/93)

Report Date:  July 5, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## JUL 1 0 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of  Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Shanda Ryan Reed          Case Number: 2:05CR00185-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence:  3/8/2006          Type of Supervision:  Probation

Original Offense: Aiding and Abetting Bank Theft,          Date Supervision Commenced:  3/8/2006
18 U.S.C. § 2113(b) & 2; Criminal Forfeiture, 18
U.S.C. § 981(a)(1)(c)

Original Sentence:  Probation - 36 Months          Date Supervision Expires:  3/7/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23      You shall participate in the home confinement program for 6 months days in lieu of 6 months confinement
        at the Residential Release Center.  You shall abide by all the requirements of the program, which will
        include electronic monitoring or other location verification system.  You shall pay all or part of the costs
        of the program based upon your ability to pay.  You are restricted to your residence at all times except for
        employment, education, religious services, medical, substance abuse, or mental health treatment, attorney
        visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising
        probation officer.

## CAUSE

Ms. Reed was originally sentenced to serve 6 months community corrections center [now known as a Residential
Release Center (RRC)] at the Franklin County Jail Work Release Program.  Soon after the defendant was sentenced,
the Bureau of Prisons (BOP) discontinued placing inmates with Franklin County due to contractual issues.  This
officer has requested reconsideration from the BOP with no success and the only RRC functioning in the Eastern
District of Washington is located in Spokane, WA.  This officer believes it was the Court's intent that Ms. Reed
remain close to her family and in her home community to allow her to seek employment and remain with her
established substance abuse treatment provider.  Ms. Reed has now obtained employment and continues to attend
substance abuse treatment.  It is requested Ms. Reed be allowed to complete her RRC obligation through home
confinement with electronic monitoring in order to maintain a continuity of treatment, employment and supervision.
A signed waiver of hearing to modify conditions without hearing form is provided for the Court's consideration.

Prob 12B
**Re:  Reed, Shanda Ryan**
**July 5, 2006**
**Page 2**

Respectfully submitted,

by

_____

Curtis G. Hare
US Probation Officer/EM Specialist
Date:  July 5, 2006

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[✗]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

July 8, 2006
Date