PROB 12B
(7/93)

Report Date:  December 1, 2006

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

DEC 0 6 2006

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of  Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Shanda Ryan Reed             Case Number:  2:05CR00185-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 3/8/2006             Type of Supervision:  Probation

Original Offense: Aiding and Abetting Bank Theft,     Date Supervision Commenced:  3/8/2006
18 U.S.C. § 2113(b) & 2; Criminal Forfeiture, 18
U.S.C. § 981(a)(1)(c)

Original Sentence:  Probation - 36 Months         Date Supervision Expires:  3/7/2009

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24    You shall participate in the home confinement program for 240 days.  You shall abide by all the
      requirements of the program, which will include electronic monitoring or other location verification system.
      You shall pay all or part of the costs of the program based upon your ability to pay.  You are restricted to
      your residence at all times except for employment, education, religious services, medical, substance abuse,
      or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities
      as pre-approved by the supervising probation officer.

## CAUSE

On October 16, 2006, Ms. Reed was arrested on a warrant on an old local case.  When she was arrested, she was with
a known felon.  On October 18, 2006, Ms. Reed tested positive for the use of methamphetamine and marijuana.  Ms.
Reed admitted, in writing, to having consumed methamphetamine and marijuana on October 16, 2006. The defendant
was instructed to returned to intensive out-patient treatment and is now in compliance with the treatment program.
The modification will add 60 days home confinement to her current condition of supervision as a sanction for the
violation of her probation.

Respectfully submitted,

by _____

Curtis G. Hare
U.S. Probation Officer
Date:  December 1, 2006

Prob 12B
**Re: Reed, Shanda Ryan**
**December 1, 2006**
**Page 2**

THE COURT ORDERS

[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
JFVS [X]  The Modification of Conditions as Noted Above
[  ]  Other

_____
Signature of Judicial Officer

December 5, 2006
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

24    You shall participate in the home confinement program for 240 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

Witness: _____
Curtis G. Hare
U.S. Probation Officer

Signed: _____
Shanda Ryan Reed
Probationer or Supervised Releasee

_____
December 1, 2006
Date